MCM:RAS
F.# 2020R00848

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE: UNSEALING OF RECORDS
RELATING TO JAMAR CURTIS,
a/k/a JAMAL RAMES

- - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIRMATION AND
APPLICATION

Case No. 21-MC-1785

      Rachel A. Shanies, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am an Assistant United States Attorney in the office of Mark J. Lesko, Acting United States Attorney for the Eastern District of New York. I am a federal prosecutor and am in charge of the investigation into a violation of supervised release ("VOSR") committed by defendant Jamar Curtis, also known as Jamal Rames (the "defendant"). I make this Affirmation and Application, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal and obtain the New York City Police Department ("NYPD") and Kings County District Attorney's Office ("KCDA") case files and records relating to NYPD arrest number K20626004 and Kings County Supreme Court, Criminal Term case number CR-016012-20KN, regarding an alleged assault and robbery committed by the defendant on August 24, 2020 (the "State Crimes").

      2.      On August 24, 2020, the defendant was arrested by NYPD officers in connection with the State Crimes. The matter was reviewed by the KCDA and a criminal matter was opened in the Kings County Supreme Court, Criminal Term under case number

CR-016012-20KN. The state charges were dismissed and the records relating to the defendant's arrest were sealed.

3. A criminal case relating to the defendant's VOSR is currently pending against the defendant in the United States District Court for the Eastern District of New York, alleging that the defendant committed the State Crimes in violation of the conditions of his supervised release. See United States v. Jamar Curtis, a/k/a Jamal Rames, 06-CR-413 (E.D.N.Y.). In connection with the pending VOSR, the United States Attorney's Office for the Eastern District of New York is presently conducting an investigation into, among other things, violations by the defendant of his supervised release conditions based on the State Crimes.

4. The files maintained by the NYPD and KCDA relating to the State Crimes are believed to contain information relevant to the pending investigation of the allegations in the VOSR.

5. I have been informed by the KCDA that the documents and materials related to the State Crimes will not be disclosed without an unsealing order.

6. The defendant has been advised of this application and consents to the unsealing of the requested records.

7. Accordingly, I make this Affirmation for an order to unseal the records related to the State Crimes, solely for the purpose of the federal investigation. This request is being made, inter alia, so that the United States Attorney's Office, pursuant to its obligations under the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500, as well as Brady v. Maryland, 373 U.S. 83 (1963), Giglio v.

<u>United States</u>, 405 U.S. 150 (1972), and their progeny, can produce any appropriate statements or evidence in this prosecution and comply with its obligations.

  WHEREFORE, it is respectfully requested that the Court grant this Application for an Order to unseal and obtain from the NYPD and KCDA the files and records related to the State Crimes described above.

                 /s/
                 Rachel A. Shanies
                 Assistant U.S. Attorney
                 (718) 254-6140

Dated: Brooklyn, New York
    June 17, 2021

MCM:RAS
F.# 2020R00848

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE: UNSEALING OF RECORDS
RELATING TO JAMAR CURTIS,
a/k/a JAMAL RAMES

PROPOSED ORDER

Case No. 21-MC-1785

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the annexed Affirmation and Application of the United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rachel A. Shanies, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued to unseal and obtain the NYPD and KCDA case files and records relating to NYPD arrest number K20626004 and Kings County Supreme Court, Criminal Term case number CR-016012-20KN, regarding an alleged assault and robbery committed by Jamar Curtis, also known as Jamal Rames, on August 24, 2020, and to permit the United States Attorney's Office to review those documents,

IT IS HEREBY ORDERED that the NYPD and KCDA documents relating to arrest number K20626004 and Kings County Supreme Court, Criminal Term case number CR-016012-20KN be unsealed to permit the United States Attorney's Office to review the case materials.

Dated: Brooklyn, New York
      June __, 2021

          *Ramon E. Reyes, Jr.*
Digitally signed by Ramon E. Reyes, Jr.
Date: 2021.06.17 14:09:23 -04'00'
_____
HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK